```
                    FILED
            CLERK, U.S. DISTRICT COURT

              December 30, 2021

           CENTRAL DISTRICT OF CALIFORNIA
           BY:     VPC      DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALICIA SANTOS-COY | ) | **CASE NO.: 2:19-cv-06777-SB-MAA** |
| --- | --- | --- |
| Plaintiffs, | ) ) ) | **ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND DISCHARGING OSC RE: SANCTIONS** |
| vs. | ) ) | |
| CARNIVAL PLC d/b/a/ Cunard, a foreign corporation, and DOES 1 THROUGH 100, INCLUSIVE, | ) ) ) ) | |
| Defendant. | ) ) ) ) | |

 Pursuant to the Joint Stipulation for Dismissal with Prejudice submitted by the parties,

 IT IS HEREBY ORDERED that the instant action is dismissed, in its entirety, with prejudice; each party to bear their own costs.

IT IS FURTHER ORDERED that the Court discharges the Order to Show Cause (OSC) re: Sanctions and declines to impose sanctions.  Nonetheless, the Court admonishes counsel to comply with all rules and court orders in the future.  In the event that this Court issues an OSC in any future case involving the parties' counsel, they are ordered to disclose this admonishment.

Dated:  December 30, 2021



Stanley Blumenfeld, Jr.
United States District Judge